**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

NOV 1 7 2016

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

                                        Plaintiff,

            vs.

PAULO LORA-TIRADO,

                                        Defendant.

Case No. 16cr2309-W

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐  the Court has dismissed the case for unnecessary delay; or

☒  the Court has granted the motion of the Government for dismissal, without prejudice; or

☐  the Court has granted the motion of the defendant for a judgment of acquittal; or

☐  a jury has been waived, and the Court has found the defendant not guilty; or

☐  the jury has returned its verdict, finding the defendant not guilty;

☒  of the offense(s) as charged in the Information:

8 USC 1326 (a) and (b) – Removed Alien Found in the United States

Dated:   11/17/2016

Hon. Jill L. Burkhardt
United States Magistrate Judge